ALEXANDER H. SEAVER AND ANOTHER, RESPONDENTS, v. GEORGE J. MOORE, APPELLANT.

APPEAL from an order made at the Special Term denying a motion to vacate an order of arrest. The General Term were of the opinion, upon the affidavits in the case, that the defendant had disposed of his property with the intent to defraud his creditors, and affirmed the order of the court below.

*George O. Emerson*, for the appellant.

*Charles J. Guiteau*, for the respondents.

Opinion by DAVIS, P. J.

DANIELS, J., concurred.

Order affirmed, with ten dollars costs.

———

CHARLES H. OSBORN, RESPONDENT, v. THOMAS KEECH, APPELLANT.

APPEAL from a judgment in favor of the plaintiff, entered upon the report of a referee. The General Term held that the evidence in the case was sufficient to sustain the findings of the referee, and affirmed the judgment.

*David McAdam*, for the appellant.

*Oscar Smedberg* and *N. B. Sanborn*, for the respondent.

Opinion by LAWRENCE, J.

DAVIS, P. J., and DANIELS, J., concurred.

Judgment affirmed, with costs.